THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMES L. POTTER, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.